Tamela L. Kahle
Nevada Bar No. 0558
**KAHLE & ASSOCIATES**
7660 West Sahara Avenue, Ste.110
Las Vegas, Nevada 89117
Telephone (702) 453-2200
Facsimile (702) 453-2201
Email tkahle@kahlelawnv.com

Attorneys for Defendants
The Vons Companies, Inc. and Safeway, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KELLY BAUGHMAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC. dba Vons Store 2614, a Delaware company, THE VONS COMPANIES INC. dba Vons Store 2614, a Michigan company; VONS aka Safeway, a Nevada business entity; UNKNOWN CLEANING COMPANY [ROE BUSINESS ENTITY 1], a Nevada business entity; SAFEWAY STORES INCORPORATED aka Safeway, Inc. dba Vons, an unknown business entity; DOE INDIVIDUALS 1-10 and/or ROE BUSINESS AND/OR GOVERNMENTAL ENTITIES 2-10, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01745-JCM-CWH<br><br>**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** |

**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT**

Defendants The Vons Companies, Inc. and Safeway, Inc., by and through their attorney, Tamela L. Kahle of Kahle & Associates, and Plaintiff Kelly Baughman, by and through her attorney, Neal K. Hyman, Esq. of Law Offices of Neal Hyman, do hereby stipulate to remand this matter to State Court without prejudice.

This stipulation to remand is based on Plaintiff's averment that the evidence does not show that the amount of damages exceeds $75,000.00. The parties hereby stipulate that this matter be

remanded to the Eighth Judicial District Court.

Defendants reserve the right to Remove this matter back to Federal Court should new evidence or damages be presented that the jurisdictional limit of $75,000 would be satisfied. Should Plaintiff's damages exceed the jurisdictional limit of $75,000, Plaintiff will not oppose a removal to Federal Court. Plaintiff reserves the right to object to a possible removal, if through the course of discovery it is determined that Vons has a Nevada company or that a person or entity with Nevada residence should be added to the lawsuit.

Dated this 16th day of October, 2015.

LAW OFFICES OF NEAL HYMAN

By: /s/ Neal K. Hyman, Esq.
Neal K. Hyman, Esq.
Nevada Bar No. 5998
9480 South Eastern Avenue, Suite 260
Las Vegas, Nevada 89123
Attorneys for Plaintiff
Kelly Baughman

Dated this 16th day of October, 2015.

KAHLE & ASSOCIATES

By: /s/ Tamela L. Kahle
Tamela L. Kahle
Nevada Bar No. 0558
7660 West Sahara Avenue, Suite 110
Las Vegas, Nevada 89117
Attorneys for Defendants
The Vons Companies, Inc.
and Safeway, Inc.

## ORDER

IT IS SO ORDERED.

Dated October 16, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

KAHLE & ASSOCIATES

By: /s/ Tamela L. Kahle
Tamela L. Kahle
Nevada Bar No. 0558
7660 West Sahara Avenue, Suite 110
Las Vegas, Nevada 89117
Attorneys for Defendants
The Vons Companies, Inc.
and Safeway, Inc.